No. 165. WOODRUFF ET AL. *v.* LOS ANGELES. ▮

Argued March 5, 6, 1931. Decided March 9, 1931. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Kennard* v. *Louisiana ex rel. Morgan,* 92 U. S. 480; *Thorington* v. *City Council,* 147 U. S. 490, 492, 493; *Tripp* v. *Santa Rosa Street R. Co.,* 144 U. S. 126. *Mr. J. A. Coleman,* with whom *Messrs. J. Edward Keating* and *Edward Fitzpatrick* were on the brief, for appellants. *Messrs. Erwin P. Werner,* City Attorney of Los Angeles, *Frederick von Schrader,* Assistant City Attorney, and *Loren A. Butts,* Deputy City Attorney, were on the brief, for appellee.